

FILED
CLERK, U.S. DISTRICT COURT
NOV -8 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br>GREGORY BART MARTIN, JR.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED12-405M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___DEFENSE___, IT IS ORDERED that a detention hearing is set for ___November 9 2012___, at ___3___ ☐ a.m. / ☒ p.m. before the Honorable ___DAVID T. BRISTOW___, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___11/8/12___         _____
                              U.S. District Judge/Magistrate Judge, David T. Bristow

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                          Page 1 of 1